# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Griffin, | Case No. _____ |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| City of Minneapolis, | |
| Defendant. | |

To:   *Pro se* Plaintiff above-named, 400 South 4th St., Suite #410, PMB #616130 Minneapolis, MN 55415

Defendant City of Minneapolis ("Defendant") hereby removes this action from the Fourth Judicial District of the State of Minnesota to this Court, and gives notice to the *pro se* Plaintiff and to this Court as follows:

1.      Defendant City of Minneapolis is a defendant in a civil action in the District Court of the Fourth Judicial District of the State of Minnesota entitled *Michael L. Griffin v. City of Minneapolis*.  The Summons and Complaint have not been properly served on the Defendant, but Defendant received notice of the Complaint no earlier than April 3, 2025.  No other pleadings have been served. No trial date has been set.  Today the removal documents are being filed in state court concurrently with this removal.

2.      On April 3, 2025, a copy of the Summons and Complaint in the above-entitled action was received by Defendant City of Minneapolis via hand delivery, though it was not properly served. A copy of the Summons is attached as **Exhibit 1**.  A copy of the Complaint is attached as **Exhibit 2.**  A copy of the state court Notice of Filing Removal is attached as **Exhibit 3**.  A copy of Defendant's Civil Cover Sheet is attached as **Exhibit 4.**

3.      This Notice of Removal of Action to Federal Court is filed pursuant to 28 U.S.C. § 1441(a) and (c).  The Plaintiff's lawsuit, being captioned in the State Court, is a civil action bringing discrimination claims under Federal law, allegedly resulting in injury to the Plaintiff.  These are claims over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as they arise under the laws of the United States within the meaning of 28 U.S.C. § 1331, and these claims are therefore removable under 28 U.S.C. § 1441.

4.      The City of Minneapolis files herewith a copy of all process, pleadings and orders served upon it in this action.  The City has sent written notice of the filing of this Notice of Removal of Action to Federal Court to Plaintiff and will promptly file a copy of this Notice with the Clerk of the District Court for the Fourth Judicial District of the State of Minnesota, County of Hennepin.  Defendant signs this pleading in accordance with Federal Rule of Civil Procedure 11.

**WHEREFORE**, notice is hereby given that the said action is removed from the State Court to this Court for trial or such other determination as this Court may make regarding the action and in accordance with its jurisdictional limits under 28 U.S.C. § 1441.

Dated: May 2, 2025

KRISTYN ANDERSON
Minneapolis City Attorney

By */s/ Mark Enslin*
MARK ENSLIN (#338813)
Assistant City Attorneys
Room 210, City Hall
350 South Fifth Street
Minneapolis, MN  55415
(612) 430-8310
mark.enslin@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*

3